UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KAREEM ABDUL JOHNSON #207505** | **CIVIL ACTION NO. 22-cv-5713** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVE PRATOR** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kareem Abdul Johnson's ("Johnson") Complaint [Doc. No. 5] and Amended Complaints [Doc. Nos. 8, 12] are **DISMISSED WITHOUT PREJUDICE** on the grounds that all claims for relief were rendered **MOOT** when Johnson was no longer housed at Caddo Correctional Center.

**MONROE, LOUISIANA**, this the 5th day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**